June 10, 2011

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548 (MC-059)
Austin, TX 78711-2548
Ms. Sue Wall
Womack McClish Wall Foster Brooks PC
1801 Lavaca, Suite 120
Austin, TX 78701-1398

RE: Case Number: 09-0652
 Court of Appeals Number: 03-04-00714-CV
 Trial Court Number: 2420

Style: THE STATE OF TEXAS
 v.
 CHRIS AND HELEN PETROPOULOS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Dana |
| |DeBeauvoir |